47,975-01,02,03,04

August 26,

Ms. Abel Acosta
Clerk of the court
Court of Criminal Appeals
Supreme Court Bldg.
201 W. 14th st. Rm.106
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 3 1 2015

Abel Acosta, Cleri

Victoria Franklin
Criminal District Court Reporter
133 N. Riverfront Bldg. 5th fl.
Dallas, Texas 75207-4313

RE:  The State of Texas  VS.  Roy Jon
     Court of Criminal Appeals number unknown
     Trial Court no.  W92-63805-L

Deart  Clerk's of both court,  please take juridical notice


        This is a request for both OFFICIAL CLERK'S,  petitioer seek's
the ‖TRACKING DOCKET SHEET'S‼  Petitioner is requesting a itemize listing
of every instructment filed in your office, from April 1992  through
April 2015, to include the Statement of facts, or Transcripts, motion's
and any exhibit's or evidence filed in your office.


In support of this request, petitioner cites the Tex.Gov't.Code § 52.047
and the Tex.R.App.Proc. Rule 34.5
Petitioner, is also requesting to seek to know if these document's are
available for purshasing ?


                              RESPECTFULLY SUBMITTED

                              ROY JON #026840 / pro-se
                              O.B. Ellis Unit
                              1697 FM 980

c.c. filed                    Huntsville, Texas 77340